

**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

October 23, 2023

# MEMO ENDORSED

**VIA ECF**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Bassaw v. Costa Farms, LLC*
      Case No. 23-cv-07753-SHS

Dear Judge Stein:

I am counsel for defendant. I write with the consent of plaintiff's counsel to request that the Court adjourn the Rule 16 conference scheduled for October 26, 2023 (docket no. 5) and that the parties be excused from submitting a proposed discovery plan. The basis for this request is that the parties are submitting a consent to magistrate form via ECF for approval by the Clerk's Office and then transmitted to Your Honor to be so-ordered. If the case is going to proceed before the Magistrate Judge, the scheduled conference before Your Honor will not be necessary and we will anticipate appearing for an initial Rule 16 conference before the Magistrate Judge in due course.

Thank you for your attention to this matter.

Very truly yours,

PTS:mf

/s/ Peter T. Shapiro

cc: counsel of record (via ECF)

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

**If the consent to proceed before a magistrate judge is not filed by Thursday, October 26, the conference will take place as scheduled on October 26.**

Dated: New York, New York
       October 23, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY •
LOUISIANA  MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK •
NORTH CAROLINA  OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON